# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

**-FILED-**
FEB 2 1 2023
At_____M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

Jerome Curtis
_____
[You are the PLAINTIFF, print your full name on this line.]

v.

STATE OF ILLINOIS
_____
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  **1:23CV79**
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] STATE OF ILLINOIS | 500 South Second Street Springfield, IL 62701 |
| 2 | [Put the names of any other defendants in these boxes.] KWAME RAOUL, ATTORNEY GENERAL | 500 South Second Street Springfield, IL 62701 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __2__

2. What is your address? 2507 castle drive fort wayne indiana near [46816]

3. What is your telephone number: ( 260 ) 515-4357

4. Have you ever sued anyone for these exact same claims?
   ☑ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. The STATE OF ILLINOIS is holding Jerome Curtis to a contract that Jerome Curtis was unknowingly and unwillingly signed into at birth, in which Jerome Curtis has suffered law suits, been thrown in jail and made to pay heavy fines over. Jerome Curtis has contacted, , inquired, given notice, and spoken with STATE OF ILLINOIS agents and has in good faith attempted to clarify, verify, ascertain, and discover the legal relationship, status, rights, duties and obligations which appears to exist between the parties. No response was ever given or question answered or inquiry satisfied.

[*<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

please see (attached)

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
- ☑ No.
- ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?
Please see (attached) MEMORIAL FOR DECLARATORY JUDGMENT.

FILING FEE – Are you paying the filing fee?
- ☑ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]
- ◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]
- JC   I will keep a copy of this complaint for my records.
- JC   I will promptly notify the court of any change of address.
- JC   I declare under penalty of perjury that the statements in this complaint are true.

_____    2/20/23
Signature                    Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

In

United States District Court

Northern District of Indiana

MEMORIAL FOR DECLARATORY JUDGMENT

Jerome Curtis,

    *Petitioner*

V

STATE OF ILLONIS,

ATTORNEY GENERAL KWAME RAOUL,

    *respondents.*

Pursuant to the Declaratory Judgments Act in U.S.C. 28 section 2201, INDINA CODE SECTION 34-14-1-2, Petitioner moves the court for a declaratory judgment and/or decree, and declaratory relief, concerning the legal relationship, status, rights and duties, and a determination of construction of instruments involving parties, and petitioner's rights which are and have been effected by respondent's Acts.

### PARTIES.

Petitioner sojourns upon the lands within the territorial jurisdiction of this Court and petitions this Court pursuant to the statutory right granted to it by Congress and adopted by this STATE. Petitioner furthermore grants personal jurisdiction.

Respondent, STATE OF ILLINOIS is within judicial knowledge and subject to the jurisdiction of this Court. Respondent has a main office at 500 South Second Street Springfield, IL 62701. Proper service of process has been achieved in accordance with due process and provisions of statutes concerning Entities (artificial persons) and registered agents.

All Parties have been given Notice of this Action by petitioner and this Court in Accordance with law.

## JURISDICTION.

This Court has Jurisdiction over the persons and subject matter pursuant U.S.C. 28 section 2201, and the Declaratory Judgments Act pursuant to INDINA CODE SECTION 34-14-1-2

There is an actual controversy (see affidavit attached).

## CAUSE OF ACTION

Petitioner is unsure and uncertain as to his rights and obligations concerning a public record, an instrument, showing an organization was organized which was issued by respondents. Petitioner's rights are being effected by statutes, regulations and ordinances of the respondents and their political subdivisions and municipal corporations as a result of the issue and use of the instrument.

Petitioner wishes and desires to correct any and all misunderstandings between the parties. Petitioner believes and thereon alleges that respondents are his trustees, agents, substitutes and employees. Respondents have acted as if petitioner is an agent, employee, and trustee or property belonging to respondents or some Corporation.

Petitioner has contacted, inquired, given notice, and spoken with respondent's agents and has in good faith attempted to clarify, verify, ascertain, and discover the legal relationship, status, rights, duties and obligations which appears to exist between the parties. No response was ever given or question answered or inquiry satisfied.

Petitioner believes and thereon alleges that the respondents have a legal duty to speak, but have remained silent so that petitioner will act to his legal injury, and that the respondents will obtain a thing of value from petitioner as a result.

Petitioner is uncertain as to allegation of facts surrounding the creation of an organization and the Token, Evidence, Proof and Mark evidencing it's legal existence. Petitioner believes and thereon alleges the organization was organized as a result of false and misleading words and information on a report filed with the registrar.

Petitioner is the executor of his estate and claims an estate in the estate of the Agency/Organization. Petitioner believes and thereon alleges that respondents used petitioner's property in commercial and legal transactions without petitioner's knowledge or consent.

Petitioner Believes and thereon alleges Certain Rights are guaranteed by law, and that petitioner is entitled to the rents, produce, profits, monies and proceeds derived from his property. Plaintiff alleges and claims injury and loss as a result of respondents acts.

CLAIM FOR RELIEF

NOW WHEREFORE, petitioner demands a declaration and decree concerning:

1. Petitioner's relationship to the Entity styled JEROME CURTIS, and the legal duties and rights associated with the operation of a State Agency/ Organization, and the status of petitioner in relationship to respondents at law.
2. Clarification and a determination of construction of the instrument, and the facts surrounding it's Creation.
3. Petitioner's rights affected by respondents Acts, Statutes, regulations, and ordinances.

Furthermore, Petitioner demands declaratory relief in form of an order directing respondent to:

1. Correct petitioner status back to a American citizen/a natural person/ Capitis diminutio minima

2. To carry out audit on said organization and compensate petitioner on any funds that may be lawfully due him,

3. And anything else this honorable court deems necessary and just.

By: _____

DocId:8945436
Tx:4604140
**2023005628**
RECORDED: 02/07/2023 08:58:51 AM
NICOLE KEESLING
ALLEN COUNTY RECORDER
FORT WAYNE, IN

# AFFIDAVIT OF FACT

PREPARED BY AND...

I affirm, under the penalties for perjury under the laws of America, without the United States, that I have taken reasonable care to redact each Social Security number in this document, unless required by law.

Jereme Curtis

CERTIFICATION
This is a true and certified copy of a **Affidavit**
As the same appears on record in my office as
Document # 2023005628
Witness My hand and seal this date: Feb 7, 2023

Nicole Keesling
Allen County Recorder



(3, Call for Pickup

$30
Cert.

# Affidavit of fact

Come now Jerome: House of Curtis, hereafter affiant, of Fort Wayne, in Allen County Indiana, a flesh and blood soul possessing a being, being of sound mind and body, of sufficient age of majority, end of my own volition, do state, claim, attest and confirm to the following facts:

1. Affiant states, that the State of Illinois, delivered unto affiant a signed and sealed blank instrument Construing a birth certificate. Affiant believes no evidence to the contrary.
2. Affiant states, that State of Illinois did willfully neglect to convey to Affiant that said birth certificate was actually a contract. Affiant believes no evidence to the contrary.
3. Affiant states that upon receiving said blank instrument affiant was placed under the Doctrine of idem sonans. The rule of "idem sonans" is that absolute accuracy in spelling names is not required in a legal document or proceedings either civil or criminal; that if the name, as spelled in the document, though different from the correct spelling thereof, conveys to the ear, when pronounced according to the commonly accepted methods, a sound practically identical with the correct name as commonly pronounced, the name thus given is a sufficient identification of the individual referred to, and no advantage can be taken of the clerical error. Affiant believes no evidence to the contrary.
4. Affiant did not willfully and knowingly agree to such doctrines being placed upon him. furthermore, Affiant is heavily prejudiced and objecting to this doctrine being placed upon him. Affiant believes no evidence to the contrary.
5. Affiant believes that when the doctrine of idem sonans was placed upon him, affiant lost all of his civil rights making him civilly mortuus in which is well established as (capitis diminutio maxima). Further affiant believes that because of these doctrines and rules affiant has been sued multiple times and served jail sentences as surety for an entity that name resembles affiants name, disguise as a birth certificate, which was actually a contract that affiant never knew even existed. Affiant believes no evidence to the contrary.

By: _____
Jerome Curtis.

# INDIANA NOTARY ACKNOWLEDGEMENT
## (INDIVIDUAL)

State of Indiana
County of ALLEN

I, Katelyn Joy Connelly, a Notary Public, hereby certify that ___Jerome Curtis___ (Name of Signer), whose name is signed to the foregoing instrument or conveyance, and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he/she/they executed the same voluntarily on the day the same bears date.

Given under my hand this the 6 day of February, 2023.

*Katelyn Joy Connelly*
Signature of Notary Public

Notary Public
Title and Rank

My Commission Expires: 02-12-2026

(Seal, if any)

KATELYN JOY CONNELLY
Notary Public – Seal
Allen County – State of Indiana
Commission Number 710401
My Commission Expires Feb 12, 2026

Copyright © 2018 NotaryAcknowledgement.com. All Rights Reserved.