# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JEROME CURTIS

       Plaintiff

  v.

                                        Civil Action No.  1:23-cv-79

ILLINOIS STATE OF

KWAME RAOUL, Attorney General

       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____ recover from the defendant _____ the amount of_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Holly A. Brady.

DATE: 6/28/2023                                     CHANDA J. BERTA, CLERK OF COURT

                                                                by   s/A. Highlen_____
                                                                 *Signature of Clerk or Deputy Clerk*